UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Kunemund,<br>    Plaintiff,<br> vs.<br>U.S. Bankruptcy Court District of Nevada,<br>    Defendant. | Case No.: 2:10-cv-02105-GMN -RJJ<br><br>**ORDER** |

  Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered January 20, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Recommendation should be **ACCEPTED**.

  **IT IS THEREFORE ORDERED** that the above-entitled matter is **DISMISSED with prejudice**.

  DATED this 8th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge